

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: ARTURO OCHOA SALGADO, | § § | No. 08-15-00154-CR |
| Appellant. | § | Appeal from the |
|  | § | Criminal District Court No.1 |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20070D02674-DCR1-1) |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **October 8, 2015**.   NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James D. Lucas, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before October 8, 2015.

IT IS SO ORDERED this 11th day of September, 2015.

PER CURIAM

Before McClure, CJ, Rodriguez, and Hughes, JJ.